ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-24-13

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GERARDO MURO, | Case No. SACV 12-1342-R (RNB) |
| Petitioner, | |
| vs. | JUDGMENT |
| G.D. LEWIS (Warden), | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that (a) petitioner's habeas petition is denied with respect to Grounds 1, 2, and 4, and granted with respect to Ground 3; and (b) petitioner is discharged from all consequences of his conviction in Orange County Superior Court Case No. 08NF0364 of violating Cal. Penal Code § 186.22(a), the portion of his sentence based thereon is vacated, and the Superior Court is ordered to resentence petitioner accordingly within sixty (60) days.

DATED: April 22, 2013

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE